**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1076**

BRENT CLARK,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00027-JPB-JPM)

Submitted:  July 11, 2023                                    Decided:  September 1, 2023

Before HARRIS, RUSHING, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brent Edward Clark, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Clark appeals the district court's order granting the United States' motion for summary judgment, to strike, and for sanctions. We "review de novo a district court's award of summary judgment, viewing the facts and inferences reasonably drawn therefrom in the light most favorable to the nonmoving party." *Core Commc'ns, Inc. v. Verizon Md. LLC*, 744 F.3d 310, 320 (4th Cir. 2014). "A summary judgment award is appropriate only when the record shows 'that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'" *Id.* (quoting Fed. R. Civ. P. 56(a)). The court's decision to find an expert's testimony inadmissible is reviewed for abuse of discretion. *T.H.E. Ins. Co. v. Davis*, 54 F.4th 805, 822 (4th Cir. 2022).

After reviewing the record and Clark's arguments on appeal, we affirm the district court's order. We grant Clark's motion for leave to file a supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*